United States Bankruptcy Court

Central District of California

In re:   Case No. 20-18009-WB

Levon Mikayelyan   Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2    User: admin    Page 1 of 3
Date Rcvd: Aug 03, 2021    Form ID: van150    Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol   Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Levon Mikayelyan, 1624 Thurber Place, Glendale, CA 91201-1255 |
| cr | + | BM Enterprise LLC, 16151 Roscoe Blvd. #203, North Hills, CA 91343-6226 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| 40457719 | | BM Enterprise, LLC, SBS Trust Deed Network, c.o 31194 La Baya Dr Ste 106, Westlake Village, CA 91362-6426 |
| 40525184 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 40457720 | | BofA, PO Box 982235, El Paso, TX 79998-2235 |
| 40480620 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 40457726 | + | Nations Direct, 1 Corporate Dr # 360, Lake Zurich, IL 60047-8945 |
| 40457727 | + | US Bank, BOX 3447, Oshkosh, WI 54903-3447 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Aug 04 2021 03:53:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Aug 04 2021 03:53:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | Email/Text: finance.bankruptcy@lacity.org | Aug 03 2021 23:50:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| 40457718 | | EDI: AMEREXPR.COM | Aug 04 2021 03:53:00 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 40487174 | | EDI: BECKLEE.COM | Aug 04 2021 03:53:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 40457721 | + | EDI: CITICORP.COM | Aug 04 2021 03:53:00 | Citicards Cbna, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 40457723 | | EDI: CALTAX.COM | Aug 04 2021 03:53:00 | Franchise Tax Board, Bankruptcy Section MS A340, PO Box 2952, Sacramento, CA 95812-2952 |
| 40457725 | | EDI: IRS.COM | Aug 04 2021 03:53:00 | Internal Revenue Service, Insolvency I Stop 5022, 300 N Los Angeles St Ste 4062, Los Angeles, CA 90012-3313 |
| 40546154 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 03 2021 23:59:43 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 40457722 | | EDI: USBANKARS.COM | Aug 04 2021 03:53:00 | Elan Financial, PO Box 108, Saint Louis, MO 63166-0108 |
| 40483269 | | EDI: USBANKARS.COM | Aug 04 2021 03:53:00 | U.S. Bank National Association, c/o U.S. Bank Home Mortgage,, a division of U.S. Bank N.A., 4801 Frederica Street, Owensboro, Kentucky |

Case 2:20-bk-18009-WB    Doc 45    Filed 08/05/21    Entered 08/05/21 21:22:24    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0973-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 03, 2021 | Form ID: van150 | Total Noticed: 20 |

42301

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nations Direct Mortgage, LLC |
| 40505331 | | Nations Direct Mortgage, LLC dba Motive Lending, 1 |
| cr | *+ | U.S. BANK NATIONAL ASSOCIATION, 14841 Dallas Parkway Suite 425, Dallas, TX 75254-8067 |
| cr | *+ | U.S. BANK NATIONAL ASSOCIATION, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | *+ | U.S. BANK NATIONAL ASSOCIATION, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | *+ | U.S. Bank National Association, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | *+ | U.S. Bank National Association, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 40457724 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114-0326 |
| 40457728 | *+ | US Bank, Box 3447, Oshkosh, WI 54903-3447 |

TOTAL: 2 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 05, 2021        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Arnold L Graff | on behalf of Creditor Nations Direct Mortgage  LLC agraff@wrightlegal.net, bkudgeneralupdates@wrightlegal.net,jcraig@wrightlegal.net |
| Charles W Daff | on behalf of Creditor BM Enterprise LLC charleswdaff@gmail.com  r53975@notify.bestcase.com |
| Kerry Feld | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION kerry.feld@Bonialpc.com |
| Matthew L Tillma | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION matthew.tillma@bonialpc.com |
| Matthew L Tillma | on behalf of Creditor U.S. Bank National Association matthew.tillma@bonialpc.com |
| Nancy K Curry (TR) | TrusteeECFMail@gmail.com |
| Scott Kosner | on behalf of Debtor Levon Mikayelyan tyson@tysonfirm.com |
| Tyson Takeuchi | on behalf of Debtor Levon Mikayelyan tyson@tysonfirm.com  albert@tysonfirm.com;armen@tysonfirm.com |
| United States Trustee (LA) | |

District/off: 0973-2 User: admin Page 3 of 3
Date Rcvd: Aug 03, 2021 Form ID: van150 Total Noticed: 20

ustpregion16.la.ecf@usdoj.gov

TOTAL: 9

# United States Bankruptcy Court
## Central District of California

255 East Temple Street, Los Angeles, CA 90012

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM CHAPTER 13 CONFIRMATION HEARING

**DEBTOR INFORMATION:**
Levon Mikayelyan
dba The Burbank Office Bar

**BANKRUPTCY NO.** 2:20-bk-18009-WB

**CHAPTER** 13

Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s)., (if any):  xxx-xx-5209
**Employer Tax-Identification (EIN) No(s).(if any):** 83-3694466
**Debtor Dismissal Date:** 8/3/21

**Address:**
1624 Thurber Place
Glendale, CA 91201

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1) debtor's bankruptcy case is dismissed; and
(2) the court retain jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: August 3, 2021

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

Form van150-od13a Rev. 06/2017

**42 / SRB**